**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Alan Kolar | | |
| | : | |
| Debtor | : | Bankruptcy No.17-13339ELF |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to

timely file the documents required by the order dated May 11, 2017 and extended to June 12, 2017, this case is hereby DISMISSED.

**Date: July 6, 2017**

ERIC L. FRANK
Chief United States Bankruptcy Judge

Missing Documents:

Attorney Disclosure Statement
Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities form B106
Ch. 13 Income Form 122C-1
Means Test Calculation 122C-2